**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Sherry A. Gardner         BK NO. 22-01579 HWV
      Nicholas J. Gardner Jr.

              Debtor(s)        Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ Rebecca Solarz
                                        Rebecca Solarz
                                        30 Aug 2022, 12:19:16, EDT

                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322