United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Sherry A Gardner  
Nicholas J Gardner, Jr  
    Debtors

Case No. 22-01579-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Nov 21, 2022      Form ID: ntcnfhrg      Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sherry A Gardner, Nicholas J Gardner, Jr, 1141 Hunters Chase Lane, Lebanon, PA 17046-1572 |
| 5491633 | | Lancaster General Health, PO box 824809, Philadelphia, PA 19182-4809 |
| 5491636 | + | Leroy Burbaker, Pro Lawn Care, 1320 shirksville road, Myerstown, PA 17067-1680 |
| 5496499 | + | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5491650 | + | Sandy Adams, 61 west front street rear, Palmyra, PA 17078-1647 |
| 5491658 | + | Synchrony Bank, c/o Patenaude & Felixx A.P.C., 2400 Ansys Drive Suite 401-B, Canonsburg, PA 15317-0403 |
| 5491664 | | Ttransworld Systems Inc., po box 15520, Wilmington, DE 19850-5520 |
| 5491669 | | Wellspan Health, po box 15119, York, PA 17405-7119 |
| 5491622 | | boscov's, po box 650965, San Antonio, TX 78265-0965 |
| 5491627 | + | comenity capital one boscovs, 3095 loyolty circle, Columbus, OH 43219-3673 |
| 5491628 | | elan financial, p obox 790408, Saint Louis, MO 63197-0408 |
| 5491630 | + | good samaritan hospital, po box 4217, Harrisburg, PA 17111 |
| 5491631 | + | home depot citibank, po box 898, Sioux Falls, SD 57101 |
| 5491635 | | lendmark financial services, 2118 usher st. suite 200, Conyers, GA 30094-5173 |
| 5491638 | + | members first federal cedit union, 5000 marketplace way, Enola, PA 17025-2431 |
| 5491639 | + | members first federal credit union, 5000 marketplace way, Enola, PA 17025-2431 |
| 5491642 | | members first federal credit union, po box 2109, Mechanicsburg, PA 17055-1719 |
| 5491648 | | revco solutions, po box 2724, Columbus, OH 43216-2724 |
| 5491665 | | wellspan health, po box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | + Email/PDF: rmscedi@recoverycorp.com | Nov 21 2022 18:53:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5491624 | | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2022 18:54:06 | CAPITAL ONE BANK USA NA, po box 31293, Salt Lake City, UT 84131-0293 |
| 5494390 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2022 18:54:06 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5491634 | | Email/Text: ktramble@lendmarkfinancial.com | Nov 21 2022 18:45:00 | lendmark financial services, 2118 usher st. NW, Covington, GA 30014 |
| 5496234 | | Email/Text: ktramble@lendmarkfinancial.com | Nov 21 2022 18:45:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014-3001 |
| 5491640 | | Email/Text: unger@members1st.org | Nov 21 2022 18:46:00 | Members First Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5491645 | | + Email/Text: bankruptcydepartment@tsico.com | Nov 21 2022 18:46:00 | NATIONWIDE CREDIT INC, PO BOX 15130, Wilmington, DE 19850-5130 |
| 5502994 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 21 2022 18:54:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5491646 | | Email/PDF: gecsedi@recoverycorp.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 21 2022 18:54:05 | QCARD/SYNCHRONY BANK, po box 530905, Atlanta, GA 30353-0905 |
| 5499922 | | Email/Text: bnc-quantum@quantum3group.com | Nov 21 2022 18:45:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5491647 | + | Email/Text: ngisupport@radiusgs.com | Nov 21 2022 18:45:00 | Radius Global Solutions, po box 390905, Minneapolis, MN 55439-0905 |
| 5491649 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 21 2022 18:46:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5495222 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 21 2022 18:46:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5492074 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:53:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5504357 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 21 2022 18:46:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5491629 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 21 2022 18:46:00 | elan financial services, cb disputes po box 108, Saint Louis, MO 63166-0108 |
| 5491623 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2022 18:53:50 | capital one bank usa, po box 31293, Salt Lake City, UT 84131-0293 |
| 5491625 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2022 18:54:06 | capital one walmart, po box 71087, Charlotte, NC 28272-1087 |
| 5491626 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2022 18:45:00 | comenity bank boscovs, po box 182120, Columbus, OH 43218-2120 |
| 5491632 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2022 18:54:00 | home depot credit services, po box 70600, Philadelphia, PA 19176-0600 |
| 5491637 | | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:53:49 | lowes, po box 530914, Atlanta, GA 30353-0914 |
| 5491641 | + | Email/Text: unger@members1st.org | Nov 21 2022 18:46:00 | members first federal credit union, po box 40, Mechanicsburg, PA 17055-0040 |
| 5491644 | | Email/Text: Bankruptcies@nragroup.com | Nov 21 2022 18:46:00 | national recovery agency, po box 67015, Harrisburg, PA 17106-7015 |
| 5491651 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:54:00 | syncb care credit, po box 965036, Orlando, FL 32896-5036 |
| 5491653 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:53:58 | syncb home depot, PO box 965036, Orlando, FL 32896-5036 |
| 5491654 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:54:05 | syncb lowes, po box 965005, Orlando, FL 32896-5005 |
| 5491655 | | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:53:58 | syncb lowes, po box 965036, Orlando, FL 32896-5036 |
| 5491657 | | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:54:06 | syncb qvc, po box 965036, Orlando, FL 32896-5036 |
| 5491656 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:54:05 | syncb qvc, po box 965018, Orlando, FL 32896-5018 |
| 5491661 | | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:53:59 | synchrony bank, po box 530905, Atlanta, GA 30353-0905 |
| 5491659 | | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:53:59 | synchrony bank, po box 960061, Orlando, FL 32896-0061 |
| 5491662 | | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:53:49 | synchrony networks, po box 965036, Orlando, FL 32896-5036 |
| 5491663 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2022 18:54:09 | thd/cbna, po box 6497, Sioux Falls, SD 57117-6497 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5491643 | * | Members First Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5503293 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5491670 | * | Wellspan Health, po box 15119, York, PA 17405-7119 |
| 5491671 | * | Wellspan Health, po box 15119, York, PA 17405-7119 |
| 5491672 | * | Wellspan Health, po box 15119, York, PA 17405-7119 |
| 5491652 | *+ | syncb care credit, po box 965036, Orlando, FL 32896-5036 |
| 5491660 | * | synchrony bank, po box 960061, Orlando, FL 32896-0061 |
| 5491666 | * | wellspan health, po box 645734, Cincinnati, OH 45264-5734 |
| 5491667 | * | wellspan health, po box 645734, Cincinnati, OH 45264-5734 |
| 5491668 | * | wellspan health, po box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gregory S Hazlett | on behalf of Debtor 1 Sherry A Gardner adlitem@pa.net hazlettgreg123@gmail.com |
| Gregory S Hazlett | on behalf of Debtor 2 Nicholas J Gardner Jr adlitem@pa.net, hazlettgreg123@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Sherry A Gardner,

**Debtor 1**

Nicholas J Gardner Jr,

**Debtor 2**

Chapter 13

Case No. 1:22−bk−01579−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**December 28, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 4, 2023 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 21, 2022 |

ntcnfhrg (08/21)