UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SHERRY A. GARDNER and : CHAPTER 13
NICHOLAS J. GARDNER, JR. :
   Debtors :
:
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
:
vs. :
:
SHERRY A. GARDNER and :
NICHOLAS J. GARDNER, JR. :
   Respondents : CASE NO. 1-20-bk-03355

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

    AND NOW, this 4th day of January, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. The plan is underfunded relative to claims to be paid – 100% plan. plan. Trustee calculates that approximately $36,750.00 is needed to fully fund the plan.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

                     Respectfully submitted:

                       Jack N. Zaharopoulos
                       Standing Chapter 13 Trustee
                       8125 Adams Drive, Suite A
                       Hummelstown, PA 17036
                       (717) 566-6097

       BY:        /s/Douglas R. Roeder
                  Attorney for Trustee

CERTIFICATE OF SERVICE

      AND NOW, this 4th day of January, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gregory Hazlett, Esquire
7 West Main Street
Mechanicsburg, PA   17055

/s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee