IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION

| | |
|---|---|
| IN RE: | : |
| SHERRY A. GARDNER | l |
| NICHOLAS J. GARDNER, JR. | : |
| Debtor | : |
| | :     Case No : 1-22-01579-HWV |
| ROCKET MORTGAGE LLC | |
| F/K/A QUICKEN LOANS LLC | |
| Movant | : |
| | :     Chapter 13 |
| Vs. | : |
| SHERRY A. GARDNER | l |
| NICHOLAS J. GARDNER, JR. | |
| Respondent | : |
| JACK N. ZAHAROPOULOS, | |
| Trustee | : |

_____

# ANSWER TO MOTION FOR RELIEF OF THE AUTOMATIC STAY

   **AND NOW,** comes Respondent, Sherry & Nicholas Gardner, by and through their attorney, Gregory S. Hazlett, Esquire, and answers this Motion for Relief from Automatic Stay:

1. ADMITTED:

**2.** ADMITTED:

3. ADMITTED:

4. ADMITTED:

5. ADMITED: It is admitted that the debtors' prepetition mortgage arrearages led to their chapter 13 bankruptcy filing which inevitably stayed the commencement or continuation of the foreclosure proceedings.

6. DENIED: This averment is denied to the extent that counsel for the debtors cannot verify the accuracy thereof and accordingly strict proof of the same is requested.

7. DENIED: This averment is denied to the extent that counsel for the debtors cannot verify the accuracy thereof and accordingly strict proof of the same is requested.

8. DENIED: This averment is denied to the extent that counsel for the debtors cannot verify the accuracy thereof and accordingly strict proof of the same is requested.

9. DENIED: To the extent that it is denied that there are arrearages owing to the movant until proof of the same is provided this averment is denied.

**WHEREFORE,** the debtors respectfully requests that the Honorable Court deny the movant's Motion for Relief from the Automatic Stay for the aforementioned reasons.

9/2/2023

**Respectfully submitted,**

*s/s Gregory S. Hazlett, Esq.*
**Gregory S. Hazlett, Esquire**
**7 West Main Street**
**Mechanicsburg, PA. 17055**
**Phone: (717)-790-5500**