United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Sherry A Gardner  
Nicholas J Gardner, Jr  
    Debtors

Case No. 22-01579-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4  
Date Rcvd: Apr 16, 2024     Form ID: pdf010     Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sherry A Gardner, Nicholas J Gardner, Jr, 1141 Hunters Chase Lane, Lebanon, PA 17046-1572 |
| 5491633 | | Lancaster General Health, PO box 824809, Philadelphia, PA 19182-4809 |
| 5491636 | + | Leroy Burbaker, Pro Lawn Care, 1320 shirksville road, Myerstown, PA 17067-1680 |
| 5491650 | + | Sandy Adams, 61 west front street rear, Palmyra, PA 17078-1647 |
| 5491658 | + | Synchrony Bank, c/o Patenaude & Felixx A.P.C., 2400 Ansys Drive Suite 401-B, Canonsburg, PA 15317-0403 |
| 5491664 | | Ttransworld Systems Inc., po box 15520, Wilmington, DE 19850-5520 |
| 5491622 | | boscov's, po box 650965, San Antonio, TX 78265-0965 |
| 5491627 | + | comenity capital one boscovs, 3095 loyolty circle, Columbus, OH 43219-3673 |
| 5491628 | | elan financial, p obox 790408, Saint Louis, MO 63197-0408 |
| 5491630 | + | good samaritan hospital, po box 4217, Harrisburg, PA 17111 |
| 5491631 | + | home depot citibank, po box 898, Sioux Falls, SD 57101 |
| 5491635 | | lendmark financial services, 2118 usher st. suite 200, Conyers, GA 30094-5173 |
| 5491642 | | members first federal credit union, po box 2109, Mechanicsburg, PA 17055-1719 |
| 5491665 | | wellspan health, po box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 18:39:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5491624 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 18:39:37 | CAPITAL ONE BANK USA NA, po box 31293, Salt Lake City, UT 84131-0293 |
| 5494390 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 18:39:33 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5496234 | | Email/Text: bk@lendmarkfinancial.com | Apr 16 2024 18:31:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014-3001 |
| 5491634 | | Email/Text: bk@lendmarkfinancial.com | Apr 16 2024 18:31:00 | lendmark financial services, 2118 usher st. NW, Covington, GA 30014 |
| 5543721 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2024 18:39:34 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543722 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2024 18:39:34 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5496499 | + | Email/Text: Unger@Members1st.org | Apr 16 2024 18:31:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5491640 | | Email/Text: unger@members1st.org | Apr 16 2024 18:31:00 | Members First Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5491645 | + | Email/Text: bankruptcydepartment@tsico.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Apr 16 2024 18:31:00 | NATIONWIDE CREDIT INC, PO BOX 15130, Wilmington, DE 19850-5130 |
| 5502994 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 18:39:42 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5491646 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 18:39:33 | QCARD/SYNCHRONY BANK, po box 530905, Atlanta, GA 30353-0905 |
| 5499922 | | Email/Text: bnc-quantum@quantum3group.com | Apr 16 2024 18:31:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5491647 | + | Email/Text: ngisupport@radiusgs.com | Apr 16 2024 18:31:00 | Radius Global Solutions, po box 390905, Minneapolis, MN 55439-0905 |
| 5491649 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 16 2024 18:31:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5495222 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 16 2024 18:31:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5492074 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 18:39:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5504357 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 16 2024 18:31:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5491629 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 16 2024 18:31:00 | elan financial services, cb disputes po box 108, Saint Louis, MO 63166-0108 |
| 5491669 | | Email/Text: bankruptcynotification@wellspan.org | Apr 16 2024 18:31:00 | Wellspan Health, po box 15119, York, PA 17405-7119 |
| 5491623 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 18:39:33 | capital one bank usa, po box 31293, Salt Lake City, UT 84131-0293 |
| 5491625 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 18:39:42 | capital one walmart, po box 71087, Charlotte, NC 28272-1087 |
| 5491626 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2024 18:31:00 | comenity bank boscovs, po box 182120, Columbus, OH 43218-2120 |
| 5491632 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 18:39:39 | home depot credit services, po box 70600, Philadelphia, PA 19176-0600 |
| 5491637 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 18:39:41 | lowes, po box 530914, Atlanta, GA 30353-0914 |
| 5491638 | + | Email/Text: Unger@Members1st.org | Apr 16 2024 18:31:00 | members first federal cedit union, 5000 marketplace way, Enola, PA 17025-2431 |
| 5491639 | + | Email/Text: Unger@Members1st.org | Apr 16 2024 18:31:00 | members first federal credit union, 5000 marketplace way, Enola, PA 17025-2431 |
| 5491641 | + | Email/Text: unger@members1st.org | Apr 16 2024 18:31:00 | members first federal credit union, po box 40, Mechanicsburg, PA 17055-0040 |
| 5491644 | | Email/Text: Bankruptcies@nragroup.com | Apr 16 2024 18:31:00 | national recovery agency, po box 67015, Harrisburg, PA 17106-7015 |
| 5491648 | ^ | MEBN | Apr 16 2024 18:30:34 | revco solutions, po box 2724, Columbus, OH 43216-2724 |
| 5491651 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 18:39:37 | syncb care credit, po box 965036, Orlando, FL 32896-5036 |
| 5491653 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 18:39:41 | syncb home depot, PO box 965036, Orlando, FL 32896-5036 |
| 5491654 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 18:39:41 | syncb lowes, po box 965005, Orlando, FL 32896-5005 |
| 5491655 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 18:39:41 | syncb lowes, po box 965036, Orlando, FL 32896-5036 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5491657 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 18:39:43 | syncb qvc, po box 965036, Orlando, FL 32896-5036 |
| 5491656 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 18:39:33 | syncb qvc, po box 965018, Orlando, FL 32896-5018 |
| 5491661 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 18:39:41 | synchrony bank, po box 530905, Atlanta, GA 30353-0905 |
| 5491659 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 18:39:34 | synchrony bank, po box 960061, Orlando, FL 32896-0061 |
| 5491662 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 18:39:41 | synchrony networks, po box 965036, Orlando, FL 32896-5036 |
| 5491663 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 18:39:38 | thd/cbna, po box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5491643 | * | Members First Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5503293 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5491670 | * | Wellspan Health, po box 15119, York, PA 17405-7119 |
| 5491671 | * | Wellspan Health, po box 15119, York, PA 17405-7119 |
| 5491672 | * | Wellspan Health, po box 15119, York, PA 17405-7119 |
| 5491652 | *+ | syncb care credit, po box 965036, Orlando, FL 32896-5036 |
| 5491660 | * | synchrony bank, po box 960061, Orlando, FL 32896-0061 |
| 5491666 | * | wellspan health, po box 645734, Cincinnati, OH 45264-5734 |
| 5491667 | * | wellspan health, po box 645734, Cincinnati, OH 45264-5734 |
| 5491668 | * | wellspan health, po box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2024      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gregory S Hazlett | on behalf of Debtor 1 Sherry A Gardner adlitem@pa.net hazlettgreg123@gmail.com |

| | | |
|---|---|---|
| Gregory S Hazlett | on behalf of Debtor 2 Nicholas J Gardner Jr adlitem@pa.net, hazlettgreg123@gmail.com | |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com | |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com | |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov | |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SHERRY A. GARDNER      CASE NO. 1:22-bk-01579-HWV
NICHOLAS J. GARDNER, JR.
**Debtors**

CHAPTER 13

### ORDER

Upon consideration of the Debtor's Motion to Suspend Chapter 13 Plan Payments, Doc. 53, and the hearing held on April 16, 2024, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED**. The Debtor's Chapter 13 plan payments are suspended for a period of eight (8) months from January 2024 through September 2024 with the resulting arrearage to be paid over the remaining life of the plan.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 16, 2024