# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sherry A Gardner<br>Nicholas J Gardner Jr.<br>    Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, its successors and/or assigns<br>    Movant<br> vs.<br><br>Sherry A Gardner<br>Nicholas J Gardner Jr.<br>    Debtor(s)<br><br>Jack N. Zaharopoulos<br>    Trustee | CHAPTER 13<br><br>NO. 22-01579 HWV |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, which was filed with the Court on or about June 5, 2025.

Dated: June 11, 2025

                Respectfully submitted,

                /s/Matthew Fissel
                Matthew Fissel, Esq.
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                Phone: (215)-627-1322
                mfissel@kmllawgroup.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Sherry A Gardner**<br>　　　**Nicholas J Gardner Jr.**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC**<br>　　　　　　　　　　**Movant**<br>　　　　　**vs.**<br><br>**Sherry A Gardner**<br>**Nicholas J Gardner Jr.**<br>　　　　　　　　　　**Respondent(s)** | CHAPTER 13<br>BK. NO. 22-01579 HWV |

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Praecipe to Withdraw was served by first class mail, postage pre-paid, upon the parties listed below on **June 12, 2025**.

Jack N. Zaharopoulos (via ECF)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Gregory S. Hazlett Esq. (via ECF)
7 West Main Street
Mechanicsburg, PA 17055

Sherry A Gardner
1141 Hunters Chase Lane
Lebanon, PA 17046

Nicholas J Gardner Jr.
1141 Hunters Chase Lane
Lebanon, PA 17046

Date: June 12, 2025

　　　　　　　　　　　　　　　　　　　/s/Matthew Fissel
　　　　　　　　　　　　　　　　　　　Matthew Fissel, Esq.
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　mfissel@kmllawgroup.com