LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
SHERRY & NICHOLAS GARDNER

CHAPTER 13

CASE NO. 1-22-bk-01579-HWV

**Debtor(s)**
SHERRY & NICHOLAS GARDNER

ADVERSARY NO. __-__-ap-_____
(if applicable)

**Plaintiff(s)/Movant(s)**
vs.
JACK ZACHAPROPOLOUS

Nature of Proceeding: MOTION TO MODIFY PLAN

**Defendant(s)/Respondent(s)**

Document #: 71

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
A HEARING WAS SCHEDULED FOR JULY 31ST, 2025 AT 9:30 A.M. . COUNSEL FOR DEBTORS WILL BE ON VACATION FROM JULYY 25TH, 2025 THROUGH AUGUST 3RD. THIS HEARING CONFICTS WITH COUNSEL'S VACATION. THE TRUSTEE CONCURRS WITH THIS REQEUST TO CONTINUE THIS HEARING

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 7/21/2025

GREGORY S. HAZLETT, ESQUIRE
Attorney for DEBTORS
Name: Sherry Nicholas Gardner
Phone Number: 717-790-5500

---

[1] No alterations or interlineations of this document are permitted.

Case 1:22-bk-01579-HWV  Doc 72  Filed 07/21/25  Entered 07/21/25 14:50:39  Desc
Main Document    Page 1 of 1