United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Sherry A Gardner

Nicholas J Gardner, Jr

Debtors

Case No. 22-01579-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1

Date Rcvd: Apr 30, 2026

User: AutoDocke

Form ID: ordsmiss

Page 1 of 4

Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Sherry A Gardner, Nicholas J Gardner, Jr, 1141 Hunters Chase Lane, Lebanon, PA 17046-1572 |
| 5491633 | | Lancaster General Health, PO box 824809, Philadelphia, PA 19182-4809 |
| 5491636 | + | Leroy Burbaker, Pro Lawn Care, 1320 shirksville road, Myerstown, PA 17067-1680 |
| 5491650 | + | Sandy Adams, 61 west front street rear, Palmyra, PA 17078-1647 |
| 5491658 | + | Synchrony Bank, c/o Patenaude & Felixx A.P.C., 2400 Ansys Drive Suite 401-B, Canonsburg, PA 15317-0403 |
| 5491664 | | Ttransworld Systems Inc., po box 15520, Wilmington, DE 19850-5520 |
| 5491622 | | boscov's, po box 650965, San Antonio, TX 78265-0965 |
| 5491628 | | elan financial, p obox 790408, Saint Louis, MO 63197-0408 |
| 5491630 | + | good samaritan hospital, po box 4217, Harrisburg, PA 17111 |
| 5491631 | + | home depot citibank, po box 898, Sioux Falls, SD 57101 |
| 5491635 | | lendmark financial services, 2118 usher st. suite 200, Conyers, GA 30094-5173 |
| 5491642 | | members first federal credit union, po box 2109, Mechanicsburg, PA 17055-1719 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: PRA.COM | Apr 30 2026 22:52:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5491624 | + | EDI: CAPITALONE.COM | Apr 30 2026 22:52:00 | CAPITAL ONE BANK USA NA, po box 31293, Salt Lake City, UT 84131-0293 |
| 5494390 | | EDI: CAPITALONE.COM | Apr 30 2026 22:52:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5496234 | | Email/Text: bk@lendmarkfinancial.com | Apr 30 2026 18:55:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014-3001 |
| 5491634 | | Email/Text: bk@lendmarkfinancial.com | Apr 30 2026 18:55:00 | lendmark financial services, 2118 usher st. NW, Covington, GA 30014 |
| 5543721 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2026 19:00:48 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543722 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2026 19:00:48 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5496499 | + | Email/Text: Unger@Members1st.org | Apr 30 2026 18:55:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5491640 | | Email/Text: unger@members1st.org | Apr 30 2026 18:55:52 | Members First Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5491645 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 30 2026 18:55:00 | NATIONWIDE CREDIT INC, PO BOX 15130, Wilmington, DE 19850-5130 |

Case 1:22-bk-01579-HWV   Doc 80   Filed 05/02/26   Entered 05/03/26 00:25:14   Desc
Imaged Certificate of Notice   Page 1 of 5

| 5502994 | | EDI: PRA.COM | Apr 30 2026 22:52:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
|---|---|---|---|---|
| 5491646 | | EDI: SYNC | Apr 30 2026 22:52:00 | QCARD/SYNCHRONY BANK, po box 530905, Atlanta, GA 30353-0905 |
| 5499922 | | EDI: Q3G.COM | Apr 30 2026 22:52:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5491647 | + | Email/Text: ngisupport@radiusgs.com | Apr 30 2026 18:55:00 | Radius Global Solutions, po box 390905, Minneapolis, MN 55439-0905 |
| 5491649 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Apr 30 2026 18:55:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5495222 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Apr 30 2026 18:55:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5492074 | + | EDI: PRA.COM | Apr 30 2026 22:52:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5504357 | | EDI: USBANKARS.COM | Apr 30 2026 22:53:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5491629 | | EDI: USBANKARS.COM | Apr 30 2026 22:53:00 | elan financial services, cb disputes po box 108, Saint Louis, MO 63166-0108 |
| 5491669 | | Email/Text: bankruptcynotification@wellspan.org | Apr 30 2026 18:55:00 | Wellspan Health, po box 15119, York, PA 17405-7119 |
| 5491623 | + | EDI: CAPITALONE.COM | Apr 30 2026 22:52:00 | capital one bank usa, po box 31293, Salt Lake City, UT 84131-0293 |
| 5491625 | | EDI: CAPITALONE.COM | Apr 30 2026 22:52:00 | capital one walmart, po box 71087, Charlotte, NC 28272-1087 |
| 5491626 | + | EDI: WFNNB.COM | Apr 30 2026 22:52:00 | comenity bank boscovs, po box 182120, Columbus, OH 43218-2120 |
| 5491627 | + | EDI: WFNNB.COM | Apr 30 2026 22:52:00 | comenity capital one boscovs, 3095 loyolty circle, Columbus, OH 43219-3673 |
| 5491632 | | EDI: CITICORP | Apr 30 2026 22:52:00 | home depot credit services, po box 70600, Philadelphia, PA 19176-0600 |
| 5491637 | | EDI: SYNC | Apr 30 2026 22:52:00 | lowes, po box 530914, Atlanta, GA 30353-0914 |
| 5491638 | + | Email/Text: Unger@Members1st.org | Apr 30 2026 18:55:00 | members first federal cedit union, 5000 marketplace way, Enola, PA 17025-2431 |
| 5491639 | + | Email/Text: Unger@Members1st.org | Apr 30 2026 18:55:00 | members first federal credit union, 5000 marketplace way, Enola, PA 17025-2431 |
| 5491641 | + | Email/Text: unger@members1st.org | Apr 30 2026 18:55:52 | members first federal credit union, po box 40, Mechanicsburg, PA 17055-0040 |
| 5491644 | | Email/Text: Bankruptcies@nragroup.com | Apr 30 2026 18:55:00 | national recovery agency, po box 67015, Harrisburg, PA 17106-7015 |
| 5491648 | ^ | MEBN | Apr 30 2026 18:52:26 | revco solutions, po box 2724, Columbus, OH 43216-2724 |
| 5491651 | + | EDI: SYNC | Apr 30 2026 22:52:00 | syncb care credit, po box 965036, Orlando, FL 32896-5036 |
| 5491653 | + | EDI: SYNC | Apr 30 2026 22:52:00 | syncb home depot, PO box 965036, Orlando, FL 32896-5036 |
| 5491654 | + | EDI: SYNC | Apr 30 2026 22:52:00 | syncb lowes, po box 965005, Orlando, FL 32896-5005 |
| 5491655 | | EDI: SYNC | Apr 30 2026 22:52:00 | syncb lowes, po box 965036, Orlando, FL |

| | | | | 32896-5036 |
|---|---|---|---|---|
| 5491657 | | EDI: SYNC | Apr 30 2026 22:52:00 | syncb qvc, po box 965036, Orlando, FL 32896-5036 |
| 5491656 | + | EDI: SYNC | Apr 30 2026 22:52:00 | syncb qvc, po box 965018, Orlando, FL 32896-5018 |
| 5491661 | | EDI: SYNC | Apr 30 2026 22:52:00 | synchrony bank, po box 530905, Atlanta, GA 30353-0905 |
| 5491659 | | EDI: SYNC | Apr 30 2026 22:52:00 | synchrony bank, po box 960061, Orlando, FL 32896-0061 |
| 5491662 | | EDI: SYNC | Apr 30 2026 22:52:00 | synchrony networks, po box 965036, Orlando, FL 32896-5036 |
| 5491663 | + | EDI: CITICORP | Apr 30 2026 22:52:00 | thd/cbna, po box 6497, Sioux Falls, SD 57117-6497 |
| 5491665 | | Email/Text: bankruptcynotification@wellspan.org | Apr 30 2026 18:55:00 | wellspan health, po box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5491643 | * | Members First Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5503293 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5491670 | * | Wellspan Health, po box 15119, York, PA 17405-7119 |
| 5491671 | * | Wellspan Health, po box 15119, York, PA 17405-7119 |
| 5491672 | * | Wellspan Health, po box 15119, York, PA 17405-7119 |
| 5491652 | *+ | syncb care credit, po box 965036, Orlando, FL 32896-5036 |
| 5491660 | * | synchrony bank, po box 960061, Orlando, FL 32896-0061 |
| 5491666 | * | wellspan health, po box 645734, Cincinnati, OH 45264-5734 |
| 5491667 | * | wellspan health, po box 645734, Cincinnati, OH 45264-5734 |
| 5491668 | * | wellspan health, po box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

**Name**                                **Email Address**

Gregory S Hazlett

on behalf of Debtor 1 Sherry A Gardner adlitem@pa.net hazlettgreg123@gmail.com

Gregory S Hazlett
                    on behalf of Debtor 2 Nicholas J Gardner  Jr adlitem@pa.net, hazlettgreg123@gmail.com

Jack N Zaharopoulos
                    ecf_pahu_alt@trustee13.com

Matthew K. Fissel
                    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee
                    ustpregion03.ha.ecf@usdoj.gov


TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Sherry A Gardner,

**Debtor 1**

Nicholas J Gardner Jr,

**Debtor 2**

Chapter  13

Case No.  1:22–bk–01579–HWV

### <u>Order</u>

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 30, 2026

ordsmiss (05/18)